**Order filed May 9, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00054-CR

_____

## MARK JOSEPH SHUMSKI, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 271st District Court**

**Wise County, Texas**

**Trial Court Cause No. CR16247**

### O R D E R

This appeal has become stalled due to the failure of Jeffery Goodwyn, the court reporter for the 271st District Court, to prepare and file in this court the reporter's record. The reporter's record was originally due on February 11, 2013. On March 13, 2013, Goodwyn filed a request for an extension of time in which to file the reporter's record. On April 2, 2013, this court granted the request in part

and extended the deadline to April 12, 2013. We have had no further communication from Mr. Goodwyn.

By this order, Jeffery Goodwyn is ORDERED to file the reporter's record in this cause on or before **May 24, 2013**.

It is further ordered by this court that the clerk of this court furnish a copy of this order to the trial court from which this appeal has been taken.


PER CURIAM


May 9, 2013

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.